# EXHIBIT A



**STARTEK**

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

(833) 704-9387
Or Visit:
https://www.experianidworks.com/credit
And Provide:
Engagement Number: B020671
Activation Code: PD2DJRN35

H3844-L01-0020006 T00054 P003 ·······ALL FOR AADC 450
TAMARA KIRTLEY

*Covinaden* *City of* *Yes* *Subwrg*

*1 yrs of credit monitoring credit works - in user name...*

January 21, 2022

**Subject: Notice of Data Security Incident**

Dear Tamara Kirtley:

*Jan 25, 2023 membership ends —*

I am writing to inform you of a data security incident that may have affected your personal information. At StarTek, we take the privacy and security of personal information very seriously. We are contacting you to notify you that this incident occurred and inform you about steps you can take to ensure your information is protected, including enrolling in the complimentary identity protection services we are making available to you.

**What Happened?** On June 26, 2021, StarTek learned of unusual activity occurring on its network. Upon discovering this activity, StarTek immediately took steps to secure its technological environment and began an internal investigation with the help of cybersecurity experts. Our investigation identified that an unauthorized individual gained access to and acquired some documents from StarTek's environment. At this point, StarTek did not know if these documents contained any personal information. StarTek undertook a thorough review of this subset of files and determined that some of your personal information was found in these documents. We are not aware of the misuse of any personal information that may have been involved in this incident. Out of an abundance of caution, we are offering free credit monitoring services.

**What Information Was Involved?** The potentially affected information may have included your Social Security Number.

**What Are We Doing?** As soon as we discovered this incident, we took the steps described above. In addition, we are providing you with information about steps you can take to help protect your personal information and, out of an abundance of caution, we are offering you credit monitoring and identity theft restoration services at no cost to you through Experian. With this protection, Experian will help you resolve issues if your identity is compromised.

**What Can You Do?** We recommend that you review the guidance included with this letter about how to help protect your information. We encourage you to contact Experian with any questions and to enroll in free identity protection services.

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its prope