# EXHIBIT 2-B

Startek Claims Administrator

_____

_____

Unique ID: <<UniqueID>>

**If you were notified of a Data Incident involving Startek, Inc. on June 26, 2021, you may be entitled to benefits from a settlement.**

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

<<MailID>>

**THIS IS NOT A CLAIM FORM**

**TO FILE A CLAIM VISIT WWW.XXXX.COM
OR CALL TOLL-FREE 1-XXX-XXX-XXXX**

---

**PERSONAL INFORMATION UPDATE FORM**

If you wish to notify the Claims Administrator of any change in your contact information, you may fill out and return this card.

First Name:                                        MI:     Last Name:

Mailing Address:

City:                                                                                        State:     Zip Code:

Email Address:

A class action settlement has been reached in a lawsuit against Startek, Inc. ("STARTEK"), arising out of a June 26, 2021 Data Incident that may have resulted in the exposure of your personally identifiable information. You can obtain more information about the settlement or submit a claim online at www.XXXXXX.com.

**You are receiving this notice because you may be a Settlement Class Member.** Under the terms of the settlement, you can recover the following benefits:

**Compensation for Documented Ordinary Losses:** Compensation for unreimbursed losses incurred as a result of the Data Incident, up to a total of $500 per person, if you submit a Claim Form and documentation of the unreimbursed losses supporting your claim. In submitting a Claim Form, a Settlement Class Member must affirm under the laws of the United States that information and documents submitted are true and correct.

**Compensation for Lost Time:** Compensation for up to four (4) hours of time spent dealing with the Data Incident (at $15/hour), if at least one (1) full hour was spent dealing with the Data Incident. You must submit a Claim Form, attesting that the lost time was spent responding to issues raised by the Data Incident. You must also provide a brief description of the activity/activities engaged in to address the Data Incident and an approximation of the time spent on each activity. Claims made for lost time can be combined with reimbursement for the above-referenced documented ordinary losses and are subject to the same $500.00 cap for all Settlement Class Members..

**Compensation for Documented Extraordinary Losses:** If you have documentation showing actual unreimbursed monetary losses incurred as a result of the Data Incident, you may be eligible for reimbursement of up to $4,500.

**Credit Monitoring and Identity Theft Protection Services:** If you previously claimed the 12-month, 1-Bureau ("1B") credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Experian, which was offered by STARTEK in connection with the Data Incident response, you will be automatically provided with an additional two (2) years of these services. If you did not previously claim these services, you may submit a claim for two (2) years of 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Equifax. .

The easiest way to submit a claim is online at www.XXXX.com using your Unique ID found on the front of this postcard. To be eligible, you must complete and submit a valid claim form, postmarked or submitted online on or before **Month Day, 2022**. You can also exclude yourself or object to the Settlement on or before **Month Day, 2022**. If you do not exclude yourself from the Settlement, you will remain in the Class and will give up the right to sue STARTEK for the claims resolved by the Settlement. **A summary of your rights under the Settlement and instructions regarding how to submit a claim, exclude yourself, or object are available at www.XXXXXXX.com.**

The Court will hold a Final Fairness Hearing on **Month Day, 20XX, at X:XX a.m.** At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also listen to people who have asked to speak at the hearing. You may attend the Hearing at your own expense, or you may also pay your own lawyer to attend, but it is not necessary.

This notice is a summary. The Settlement Agreement and more information about the lawsuit and Settlement are available at www.XXXX.com or by calling toll-free 1-XXX-XXX-XXXX.

_____

_____

_____

**PLACE STAMP HERE**

Startek Claims Administrator

_____

_____

Postcard Notice

<u>Front of Postcard:</u>

Startek Claims Administrator
_____
_____

# If you were notified of a Data Incident involving Startek, Inc. on June 26, 2021, you may be entitled to benefits from a settlement.

<u>Back of Postcard:</u>

A class action settlement has been reached in a lawsuit against Startek, Inc. ("STARTEK") arising out of a Data Incident that occurred on June 26, 2021 that may have resulted in the exposure of your personally identifiable information. You can obtain more information about the settlement or submit a claim online at www.XXXXXX.com.

**You are receiving this notice because you may be a Settlement Class Member**.  Under the terms of the settlement, you can recover the following benefits:

**Compensation for Documented Ordinary Losses:**  Compensation for unreimbursed losses incurred as a result of the Data Incident, up to a total of $500 per person, if you submit a Claim Form and documentation of the unreimbursed losses supporting your claim. In submitting a Claim Form, a Settlement Class Member must affirm under the laws of the United States that information and documents submitted are true and correct.

**Compensation for Lost Time:** Compensation for up to four (4) hours of time spent dealing with the Data Incident (at $15 per hour), if at least one (1) full hour was spent dealing with the Data Incident. You must submit a Claim Form, attesting that the lost time was spent responding to issues raised by the Data Incident. You must also provide a brief description of the activity/activities engaged in to address the Data Incident and an approximation of the time spent on each activity. Claims made for lost time can be combined with reimbursement for the above-referenced documented ordinary losses and are subject to the same $500.00 cap for all Settlement Class Members.

**Compensation for Documented Extraordinary Losses:**  If you have documentation showing actual unreimbursed monetary losses incurred as a result of the Data Incident, you may be eligible for reimbursement of up to $4,500.

**Credit Monitoring and Identity Theft Protection Services:**  If you previously claimed the 12-month, 1-Bureau ("1B") credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Experian, which was offered by STARTEK in connection with the Data Incident response, you will automatically be provided with an additional two (2) years of these services. If you did not previously claim these services, you may submit a claim for two (2) years of 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Equifax.

The easiest way to submit a claim is online at www.XXXX.com using your Unique ID found on the front of this postcard. To be eligible, you must complete and submit a valid claim form, postmarked or submitted online on or before **Month Day, 2022**. You can also exclude yourself or object to the Settlement on or before **Month Day, 2022.** If you do not exclude yourself from the Settlement, you will remain in the Class and will give up the right to sue STARTEK for the claims resolved by the Settlement. **A summary of your rights under the Settlement and instructions regarding how to submit a claim, exclude yourself, or object are available at www.XXXXXXX.com.**

The Court will hold a Final Fairness Hearing on **Month Day, 20XX, at X:XX a.m.** At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also listen to people who have asked to speak at the hearing. You may attend the Hearing at your own expense, or you may also pay your own lawyer to attend, but it is not necessary.

This notice is a summary. The Settlement Agreement and more information about the lawsuit and Settlement are available at www.XXXX.com or by calling toll-free 1-XXX-XXX-XXXX.