IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00258-RMR-NRN | Date: October 20, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| TAMARA KIRTLEY, individually and on behalf of all others similarly situated, | David Lietz |
| Plaintiff, | |
| v. | |
| STARTEK, INC, | Christopher Wood |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**2:02 p.m.**     **Court in session.**

Court calls case. Appearances of Counsel. Preliminary remarks by the Court.

This matter is before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. #41).

For the reasons stated on the record, it is

**ORDERED:**   Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. #41) is GRANTED.

**3:00 p.m.**     **Court in recess. Hearing concluded.**

Total in-court time: 00:58

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.