# **<u>EXHIBIT 1</u>**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| RYAN HAWKINS and TAMARA KIRTLEY, individually and on behalf of others similarly situated,   )<br>)<br>) | |
|          ) | **Case No. 1:22-CV-00258-RMR-NRN** |
|     Plaintiffs,   ) | |
|          ) | **CLASS ACTION** |
| v.         ) | |
|          ) | **JURY TRIAL DEMANDED** |
| STARTEK, INC.    ) | |
|          ) | |
|     Defendant.   ) | |
|          ) | |

## DECLARATION OF BRYN BRIDLEY REGARDING NOTICE DISSEMINATION AND SETTLEMENT ADMINISTRATION

I, BRYN BRIDLEY, declare as follows:

1.　　I am the Director of Project Management at Atticus Administration, LLC ("Atticus"), a firm providing class action and claims administration services. I have extensive experience with class action notice, claims processing, and settlement administration. I am fully familiar with the facts contained herein based upon my personal knowledge and involvement in this matter.

2.　　Atticus is the Court-appointed Claims Administrator for the above-captioned action and is responsible for carrying out the terms of the Settlement Agreement as approved by the Court in the *Order Preliminarily Approving Class Action Settlement, Approving Forms of Notice and Notice Plan, and Directing Implementation of the Notice Plan* ("Preliminary Approval Order") dated October 24, 2022.

3.　　I submit this Declaration to inform the Parties and the Court of the settlement administration activities completed to-date. This Declaration describes: (i) sending CAFA notice, (ii) the methods used to disseminate Notice to the Settlement Class, (iii) the Settlement

website and toll-free information line, (iv) the receipt and processing of exclusion requests and objections, (v) receipt and verification of Claim Forms, and (vi) settlement administration costs.

## I.      <u>CAFA NOTICE</u>

4.      In accordance with the Class Action Fairness Act, U.S.C § 1715 ("CAFA"), Atticus mailed notice of the proposed settlement to 51 state/territory Attorneys General and the federal Attorney General via U.S. Priority Mail on October 19, 2022. Each CAFA packet included an explanatory letter from Atticus as the "Office of the Claims Administrator," and a CD-ROM enclosure that contained the Class Action Complaint, Declaration of David K. Lietz in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Settlement Agreement with exhibits, and a breakdown of the estimated Settlement Class Members by state of residence. A true and correct copy of the CAFA letter template is attached hereto as **Exhibit A**.

## II.     <u>SETTLEMENT CLASS NOTICE</u>

5.      On November 1, 2022, Atticus received a data file from Defense Counsel that contained the names and addresses of 24,819 persons to whom Startek ("Defendant") sent a notice of the Data Incident dated January 21, 2022. Atticus reviewed the contents of the file, and three (3) duplicate records were removed. The final list of persons to whom notice of the settlement was to be sent ("Class List") contained 24,816 persons ("Settlement Class" or "Settlement Class Members").

6.      The Class List was processed through the National Change of Address database maintained by the United States Postal Service ("USPS"). This process returns address updates for persons who have filed change of address cards with the USPS anytime in the past four (4) years.

7.      On November 23, 2022, Atticus caused the "Short Notice" in the form of a postcard to be sent by U.S. first class mail to 24,816 Settlement Class Members. The Short Notice provided an overview of the settlement terms, the benefits available, the options available to Class Members, and the settlement website and toll-free number where additional settlement

information could be obtained. A true and correct copy of the mailed Short Notice is attached hereto as **Exhibit B**.

8.    Of the 24,816 Short Notices mailed, 6,806 were returned to Atticus as undeliverable. Of these, 169 included forwarding address information and were promptly remailed to the addresses received. Of the remaining 6,637 undeliverable records without forwarding information, 6,455 were sent to a professional service for address tracing. Four thousand nine hundred seventeen (4,917) address updates were obtained, and 1,538 were not obtained, from trace. Short Notices were promptly mailed to the 4,917 addresses received, and 614 were returned to Atticus as undeliverable a second time. One hundred eighty-two (182) undeliverable records were not traced because the notices were returned after the Class Member response deadline. Thus, for the notice, Atticus delivered 22,482 Short Notices, equating to a delivery success percentage (or "reach rate") of 90.59.

9.    It is my opinion as an experienced professional in the field of providing class action notice that the delivery success percentage of 90.59% meets and exceeds the 70% threshold necessary to satisfy due process requirements.

### III.    SETTLEMENT WEBSITE AND TOLL-FREE INFORMATION LINE

10.    Atticus purchased the URL and established the content located at www.startekclassactionsettlement.com as the settlement website for this action. The URL address was included in the mailed notice and in the front-end message on the toll-free settlement information line. The website was launched on November 23, 2022, in conjunction with dissemination of the notice and has remained accessible and operational since that time. The website includes answers to frequently asked questions, access to viewable, printable, and downloadable copies of the Long Form Notice, Claim Form, and other settlement documents filed with the Court, a summary of the key dates and deadlines in the settlement, and contact information for Atticus. Until the February 21, 2023 filing deadline, the website also included an online Claim Form that Settlement Class Members could complete and submit electronically.

The website has received 3,877 visits to date. A copy of the Long Notice and the Claim Form as they appear on the website are attached hereto as **Exhibit C**.

11.     Atticus secured the toll-free telephone number at 1-888-200-7034 as the settlement line for this matter. The telephone number was activated on November 23, 2022, in conjunction with dissemination of the notice and has remained operational since that date. The settlement line is answered by Atticus' live customer support specialists during normal business hours of 8:00 a.m. to 4:00 p.m., Monday through Friday. Settlement Class Members who call the toll-free line after hours or when a specialist is unavailable during covered hours are provided the option to leave a voicemail message and receive a return call from the support team the next business day. In total, 40 calls have been received on the toll-free telephone line.

### IV.     EXCLUSION REQUESTS AND OBJECTIONS

12.     Settlement Class Members who did not wish to be bound by the terms of the Settlement had until January 23, 2023, to postmark a request for exclusion. Atticus did not receive any exclusion requests. Settlement Class Members also had until January 23, 2023, to file an objection to the Settlement's terms. Atticus did not receive any Settlement objections.

### V.     CLAIM FORMS

13.     Settlement Class Members were required to complete and submit a Claim Form by February 21, 2023 to be eligible for monetary compensation – including reimbursement for out-of-pocket expenses, lost time, and documented extraordinary expenses – and to receive two (2) years of credit monitoring and identity-theft protection  Settlement Class members who previously accepted Defendant's offer of 12 months of credit monitoring automatically received two (2) years of additional credit monitoring and identity-theft protection  Settlement Class Members were able to complete and submit an online claim through the Settlement website or obtain a paper copy of the Claim Form from the website to complete and submit by mail.

14.     Five hundred forty-eight (548) Claim Forms were received. Of these, 364 were filed online through the website, 162 were sent by mail and 22 were returned to Attics via the email address provided on the website.

15.     Settlement Class Members whose claims were determined to be incomplete or deficient during the review and verification process were notified by mail of the preliminary determination(s) and were allowed 30 days to respond and correct, complete, or "cure" their claims. Cure letters were mailed for incomplete forms, forms without any benefits selected, unsigned forms, and because documentation to support an ordinary or extraordinary expense claim was not provided or was insufficient. A true and correct copy of the Notice of Deficient Claim Form / Opportunity to Correct letter template is attached hereto as **Exhibit D**.

16.     One hundred ninety-seven (197) claim deficiency notices were sent to Settlement Class Members who filed a claim. Atticus received six (6) valid responses and eight (8) invalid responses. One hundred eight-one (181) persons who filed a claim and who were issued deficiency notices did not respond to the letter and two (2) Settlement Class Members have until March 25, 2023 to timely submit a response.

17.     Of the Settlement Class Members did not respond to the deficiency notice, 71 of these Settlement Class Members have a valid claim for credit monitoring and/or lost time benefits.

18.     In total, 254 of the 548 claims received have been deemed valid, 292 are invalid and two (2) remain outstanding pending cure responses. The 254 valid claims include 205 instances of credit monitoring, 135 lost time payments, five (5) documented fee expenses payments and two (2)  out of pocket expense payments. In total 366 Settlement Class Members filed claims (1.47% of the Settlement Class).

19.     Of the 292 claims that are invalid, 182 were submitted by individuals not included in the Settlement Class and are therefore not eligible for benefits under the terms of the settlement. One hundred ten (110) were deficient claims for which cure responses were not received.

20.     The status of two (2) claims remains unknown at this time.

**VI.     CLAIMS ADMINISTRATION COSTS**

21.     The cost of notice and administration for this Settlement are estimated to be

approximately $46,664.

I declare under penalty of perjury under the laws of the state of Colorado that the foregoing is true and correct and executed on this the 30th day of March 2023 in Mendota Heights, Minnesota.



Bryn Bridley

**EXHIBIT A**



1250 Northland Drive
STE 240
Mendota Heights, MN 55120

1-844-728-8428
info@atticusadmin.com
www.atticusadmin.com

October 19, 2022

**Via U.S. Priority Mail**

«First_Name» «Last_Name»
«Title»
«Address_Line_1» «Address_2»
«City» «Mail_Merge_LabelsState_1» «Zip»

Re:     **Class Action Fairness Act Notice**
        Tamara Kirtley, et al. v. Startek, Inc.
        United States District Court, District of Colorado
        Case No.: 1:22-cv-00258-RMR-NRN

Dear Sir or Madam:

Atticus Administration, LLC has been retained as the third-party Claims Administrator in the above-referenced class action lawsuit (the "Action") pending in the United States District Court, District of Colorado. The parties have proposed to settle the claims asserted in the Action according to the terms of a settlement agreement which was filed with the Court on August 16, 2022, as an exhibit to the motion for preliminary approval of class action settlement. (*See* Attachment 2).

This notice of a proposed settlement is being provided to you in accordance with the Class Action Fairness Act, 28 U.S.C. § 1715. There is no settlement or other agreement contemporaneously made between class counsel and counsel for Defendant.

The enclosed CD-ROM, the contents of which are identified below, includes all materials required under the statute.

Contents of Enclosed CD-ROM

1.     Class Action Complaint (Attachment 1)

2.     Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Supporting Memorandum (Attachment 2), the contents of which include:

    a.     Declaration of David K. Lietz in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Exhibit 1)
    b.     Settlement Agreement (Exhibit 2)
        i.     Short Form Notice (Exhibit 2-B)
        ii.    Long Form Notice (Exhibit 2-C)
        iii.   Claim Form (Exhibit 2-D)
        iv.    [Proposed] Order Preliminarily Approving Class Action Settlement, Approving Forms of Notice and Notice Plan, and Directing Implementation of the Notice Plan (Exhibit 2-E)

Tamara Kirtley, et al. v. Startek, Inc.
Office of the Attorney General
October 19, 2022
Page 2

      c.    Declaration of Christopher Longley Re: Atticus Administration LLC Qualifications and Adequacy of Notice Plan (Exhibit 3)

          i.    Atticus Administration LLC's Curriculum Vitae (Exhibit A)

          ii.    Estimate of Administration Costs (Exhibit B)

3.    A breakdown of the estimated Class Members by state of residence (Attachment 3). This breakdown will allow the respective state officials to estimate the proportionate share of claims by members of each official's state.

The terms of the proposed class-action settlement are stated in the Settlement Agreement and exhibits thereto. At this time, no written judicial opinions have been issued in this action relating to the materials described in 28 U.S.C. § 1715(b)(3)-(6) regarding any proposed or final notification to the class members, any proposed or final class action settlement, any settlement or other contemporaneous agreement, or final judgment or notice of dismissal.

If you are unable to access any of the information included on the enclosed CD, or if you have any questions regarding this notice, the proposed settlement, or the enclosed materials, please kindly contact Counsel for Defendant – Christopher H. Wood, Lewis Brisbois Bisgaard & Smith, LLP by telephone at 1 (720) 292-2056 or by email to christopher.wood@lewisbrisbois.com.

Sincerely,

Office of the Claims Administrator

Enclosure - CD ROM

**EXHIBIT B**

Startek Claims Administrator
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164

Unique ID: <<claimant ID>>

**If you were notified of a   Data Incident involving Startek, Inc. on June 26, 2021, you may be entitled to benefits from a settlement.**

<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

A class action settlement has been reached in a lawsuit against Startek, Inc. ("STARTEK"), arising out of a June 26, 2021 Data Incident that may have resulted in the exposure of your personally identifiable information. You can obtain more information about the settlement or submit a claim online at www.startekclassactionsettlement.com.

**You are receiving this Notice because you may be a Settlement Class Member.** Under the terms of the settlement, you can recover the following benefits:

**Compensation for Documented Ordinary Losses:** Compensation for unreimbursed losses incurred as a result of the Data Incident, up to a total of $500.00 per person, if you submit a Claim Form and documentation of the unreimbursed losses supporting your claim. In submitting a Claim Form, a Settlement Class Member must affirm under the laws of the United States that information and documents submitted are true and correct.

**Compensation for Lost Time:** Compensation for up to four (4) hours of time spent dealing with the Data Incident (at $15.00/hour), if at least one (1) full hour was spent dealing with the Data Incident. You must submit a Claim Form, attesting that the lost time was spent responding to issues raised by the Data Incident. You must also provide a brief description of the activity/activities engaged in to address the Data Incident and an approximation of the time spent on each activity. Claims made for lost time can be combined with reimbursement for the above-referenced documented ordinary losses and are subject to the same $500.00 cap for all Settlement Class Members.

**Compensation for Documented Extraordinary Losses:** If you have documentation showing actual unreimbursed monetary losses incurred as a result of the Data Incident, you may be eligible for reimbursement of up to $4,500.00.

**Credit Monitoring and Identity Theft Protection Services:** If you previously claimed the 12-month, 1-Bureau ("1B") credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Experian, which was offered by STARTEK in connection with the Data Incident response, you will be automatically provided with an additional two (2) years of these services. If you did not previously claim these services, you may submit a claim for two (2) years of 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage.

The easiest way to submit a claim is online at www.startekclassactionsettlement.com using your Unique ID found on the front of this postcard. To be eligible, you must complete and submit a valid claim form, postmarked or submitted online on or before **February 21, 2023**. You can also exclude yourself or object to the Settlement on or before **January 23, 2023**. If you do not exclude yourself from the Settlement, you will remain in the Class and will give up the right to sue STARTEK for the claims resolved by the Settlement. **A summary of your rights under the Settlement and instructions regarding how to submit a claim, exclude yourself, or object, are available at www.startekclassactionsettlement.com.**

The Court will hold a Final Fairness Hearing on **April 13, 2023 at 10:00 a.m.** At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also listen to people who have asked to speak at the hearing. You may attend the Hearing at your own expense, or you may also pay your own lawyer to attend, but it is not necessary.

This Notice is a summary. The Settlement Agreement and more information about the lawsuit and Settlement are available at www.startekclassactionsettlement.com or by calling toll-free 1-888-200-7034.

**THIS IS NOT A CLAIM FORM**
**TO FILE A CLAIM VISIT**

**WWW.STARTEKCLASSACTIONSETTLEMENT.COM**
**OR CALL TOLL-FREE 1-888-200-7034**

---

### PERSONAL INFORMATION UPDATE FORM

If you wish to notify the Claims Administrator of any change in your contact information, you may fill out and return this card.

First Name:                                         MI:        Last Name:

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Mailing Address:

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

City:                                                                        State:        Zip Code:

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Email Address:

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PLACE
STAMP
HERE**

Startek Claims Administrator
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164

**EXHIBIT C**

**Must be postmarked or submitted online FEBRUARY 21, 2023**

STARTEK CLAIMS ADMINISTRATOR
C/O ATTICUS ADMINISTRATION
PO BOX 64053
ST. PAUL, MN 55164
WWW.STARTEKCLASSACTIONSETTLEMENT.COM

**STARTEK**

## Startek Settlement Claim Form

### SETTLEMENT BENEFITS – WHAT YOU MAY GET

If you received notice from Startek, Inc. ("Startek") that your personally identifiable information ("PII") may have been compromised as a result of a data security incident that occurred on June 26, 2021 (the "Data Incident"), you are a Settlement Class Member and may submit a claim for Settlement benefits.

**The easiest way to submit a claim is online at www.startekclassactionsettlement.com**, or you can complete and mail this Claim Form to the mailing address above.

**You may submit a claim for one or more of these benefits**:

**Cash Reimbursement**. Use the Claim Form to request money for one or more of the following:

1. **Reimbursement for Money You Spent.** If you spent money because of the Data Incident, you may be reimbursed up to $500 for these expenses. These expenses include documented ordinary out-of-pocket expenses that were incurred as a result of the Data Incident and reimbursement for documented fees for credit reports, credit monitoring, or other identity theft insurance product purchased between June 26, 2021 through and including the end of the Claims Deadline of **February 21, 2023** incurred as a result of the Data Incident. You must submit documentation supporting your claim.

2. **Reimbursement for Lost Time.** You can be reimbursed for up to four (4) hours of lost time (at $15/hour) spent dealing with the Data Incident, if at least one (1) full hour of time was spent. You must attest that you spent the time responding to issues raised by the Data Incident and submit a brief description of the activity/activities engaged in to address the Data Incident and an approximation of the time spent on each activity. This benefit is subject to the same $500 cap on the above-referenced expenses.

3. **Extraordinary Losses.** You may also be eligible for reimbursement of up to $4,500 for actual, unreimbursed Extraordinary Losses.

**Credit Monitoring and Identity Theft Protection Services.** If you previously claimed the Experian one bureau ("1B") credit monitoring and identity theft protection services, with $1 million in insurance coverage, offered by Startek in connection with the Data Incident response, you will automatically be provided with two (2) additional years of these services and do <u>not</u> need to file a claim to receive this benefit. If you did not previously claim these services, you may submit a claim to receive two (2) years of 1B credit monitoring and identity theft protection services, with a minimum of $1,000,000 in insurance coverage.

**Claims must be submitted online or mailed by February 21, 2023. Use the address at the top of this form for mailed claims.**

*Please note: the claims administrator may contact you to request additional documents to process your claim.*

For more information on the Settlement benefits, what documents you need to attach, how the Claims Administrator will decide whether to approve your payments, and for complete instructions visit:
***www.Startekclassactionsettlement.com.***

**Settlement benefits will be distributed only after the Settlement is approved by the Court.**

## Your Information

*We will use this information to contact you and process your claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by emailing Starteksettlement@atticusadmin.com.*

| | |
|---|---|
| **1. NAME:** | First □□□□□□□□□□ Middle Initial □ Last □□□□□□□□□□□□□ |
| **2. MAILING ADDRESS:** | Street Address □□□□□□□□□□□□□□□□□□□□□□□□□□ |
| | Apt. No. □□□□□□□□□□□□□□□□□□□□□□□□□□ |
| | City □□□□□□□□□□□□□□□□□□□□□□□□□□ |
| | State □□ |
| | Zip □□□□□ - □□□□ |
| **3. PHONE NUMBER:** | □□□ - □□□ - □□□□ |
| **4. EMAIL ADDRESS:** | □□□□□□□□□□□□□□□□□□□□□□□□□□ |
| **5. UNIQUE ID:** (located on the Notice mailed to you) | □□□□□□□□□ |

| **Cash Payment: Documented Ordinary Out-of-Pocket Expenses** |
|:---:|

You can receive reimbursement for up to $500 for documented ordinary out-of-pocket expenses incurred as a result of the Data Incident.

You must attach documents to your Claim Form which show what happened and how much you lost or spent, so that you can be repaid.

| **Expense Types and Examples of Documents** | **Approximate Amount of Expense and Date** | **Description of Expense or Money Spent and Supporting Documents** (Identify what you are attaching, and why it was incurred as a result of the Data Incident) |
|---|---|---|
| Unreimbursed Bank Fees<br><br>*Examples: Bank statements with fees, such as card reissuance, unreimbursed overdraft and late fees, circled.* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____ |
| Long Distance Phone Charges<br><br>*Example: Phone bills with charges circled.* | $<br><br>Date: | _____<br>_____<br>_____<br>_____ |
| Cell Phone Charges (only if charged by the minute)<br><br>*Example: Cell phone bills with charges circled.* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____ |
| Data Charges (only if charged based on the amount of data used)<br><br>*Examples: Cell phone and/or internet bills with charges circled.* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____ |

| Postage | $ | _____ |
| *Example: Postage receipts with charges circled.* | | _____ |
| | | _____ |
| | Date: | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| Gasoline for Local Travel | $ | _____ |
| *Example: Gasoline receipts with charges circled.* | | _____ |
| | | _____ |
| | Date: | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| | | _____ |

## Cash Payment: Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product

You can receive reimbursement for up to $500 for documented fees for credit reports, credit monitoring, or other identity theft insurance product purchased between June 26, 2021 through and including the end of the Claims Deadline of **February 21, 2023** incurred as a result of the Data Incident.

You must attach documents to your Claim Form which show what happened and how much you lost or spent, so that you can be repaid.

| Expense Types and Examples of Documents | Approximate Amount of Expense and Date | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching, and why it was incurred as a result of the Data Incident) |
|---|---|---|
| Credit Reports  *Example: Receipts or statements for credit reports ordered with charges circled.* | $   Date: | _____ _____ _____ _____ _____ _____ _____ _____ |

| | | |
|---|---|---|
| **Credit Monitoring Products**<br><br>*Example: Receipts or statements for credit monitoring products purchased with charges circled.* | $<br><br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____ |
| **Identity Theft Insurance Product**<br><br>*Example: Receipts or statements for identity theft insurance products purchased with charges circled.* | $<br><br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

## Cash Payment: Lost Time

You may receive reimbursement for up to four (4) hours of lost time spent dealing with the Data Incident, compensated at $15 per hour, if you spent at least one (1) full hour of time dealing with the Data Incident. You must attest that you spent the claimed time responding to issues raised by the Data Incident, and you must provide a brief description of the actions you took, and an approximation of the time spent on each action.

**State the number of hours that you spent incurred as a result of the Data Incident (up to four (4)):**

☐ **Hour(s)**

    ☐ **By checking this box, I attest that I spent the claimed time below responding to issues raised by the Data Incident.**

| **Explanation of Time Spent Responding to Issues Raised by the Data Incident**<br>(Identify what you did and why) | **Approx. Date(s) (if known)** | **Number of Hours and Minutes** |
|---|---|---|
| _____<br>_____<br>_____<br>_____<br>_____<br>_____ | | |

## Cash Payment: Documented Extraordinary Expenses

You can receive reimbursement for up to $4,500 for documented extraordinary expenses incurred as a result of the Data Incident if: (1) The loss is an actual, documented, and unreimbursed monetary loss; (2) The loss was more likely than not caused by the Data Incident; (3) The loss occurred between June 26, 2021 through and including the end of the Claims Deadline of **February 21, 2023**; (4) The loss is not already covered by one or more of the above-referenced reimbursed expenses categories; and (5) You made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to, exhausting all available credit monitoring insurance and identity theft insurance.

| Expense Types and Examples of Documents | Approximate Amount of Expense and Date | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching, and why it was incurred as a result of the Data Incident) |
|---|---|---|
| For example, professional fees incurred to address identity theft or fraud, such as falsified tax returns, account fraud, and/or medical-identity theft | $ <br><br> Date: | _____<br>_____<br>_____<br>_____<br>_____ |
| Other losses or costs resulting from identity theft or fraud (provide detailed description) <br><br> *Please provide a detailed description or a separate document submitted with this Claim Form.* | $ <br><br> Date: | _____<br>_____<br>_____<br>_____<br>_____ |

## Credit Monitoring and Identity Theft Protection Services

If you wish to receive two (2) years of 1B Credit Monitoring and Identity Theft Protection Services, please provide your email address in the space provided on page 2, check the box below, and return this Claim Form. Submitting this Claim Form will not activate these credit monitoring and identity theft protection services. To activate this benefit, you must follow the instructions which will be mailed or emailed to you after the Settlement becomes final.

☐ I did not previously claim the 12-month Experian 1B Credit Monitoring and Identity Theft Protection Services, with $1 million in insurance coverage, offered by Startek in connection with the Data Incident response, and I would like to receive two (2) years of 1B Credit Monitoring and Identity Theft Protection Services, with $1 million in insurance coverage. I have provided my email address on page 2. I understand I must activate this benefit using instructions which will be provided to me after the Settlement becomes final.

**Note:** If you previously claimed the 12-month 1B Experian Credit Monitoring and Identity Theft Protection Services, with $1 million in insurance coverage, offered by Startek in response to the Data Incident, you will be automatically provided two (2) additional years of these services and do <u>not</u> need to claim this benefit here.

## How You Would Like to Receive Your Cash Payment

If you made a claim for a cash payment in this claim form, you could elect to receive your payment either by check or as a digital payment. Payments must be cashed within ninety (90) days.

Which do you prefer?

☐ Check mailed to me

☐ Digital payment elected online

## Signature

I affirm under the laws of the United States that the information supplied in this Claim Form is true and correct to the best of my knowledge and belief and that any documents that I have submitted in support of my claim are true and correct copies of original documentation.

I understand that I may be asked to provide more information by the Claims Administrator before my claim is complete.

| Signature: | Dated: |
|---|---|
| **Print Name:** | |

# If you were notified of a Data Incident involving Startek, Inc. on June 26, 2021, you may be entitled to benefits from a settlement.

*A federal state court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

- A settlement has been reached in a class action lawsuit against Startek, Inc. ("Startek" or "Defendant"), arising out of a Data Incident on June 26, 2021, where Startek was targeted by cybercriminals who may have obtained access to the personally identifiable information ("PII") of Startek's current and former employees.

- You are a "Settlement Class Member" if you were mailed a notification that your PII may have been impacted in the Data Incident experienced by Startek on June 26, 2021. The Settlement provides the following settlement benefits to Settlement Class Members:

  **Compensation for Documented Ordinary Losses:** If you have documentation showing that you spent money or incurred losses incurred as a result of the Data Incident, you may be eligible for reimbursement up to $500. Documented ordinary losses include reimbursement for: (i) ordinary out-of-pocket expenses; and (ii) fees for credit reports, credit monitoring, or other identity theft insurance product purchased between June 26, 2021 through and including the end of the Claims Deadline as of **February 21, 2023**; and (iii) up to four (4) hours (at $15 per hour) of lost time spent dealing with the Data Incident, if at least one (1) full hour was spent addressing the Data Incident. You must submit a Claim Form to receive these benefits.

  **Compensation for Documented Extraordinary Losses:** For certain documented extraordinary loses, you may be eligible for reimbursement up to $4,500.

  **Credit Monitoring and Identity Theft Protection Services:** Settlement Class Members who previously claimed the 12-month, 1-Bureau ("1B") credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Experian, which was offered by Startek in connection with the Data Incident response, will be automatically provided with an additional two (2) years of these services <u>without the need to make an affirmative claim</u>. Settlement Class Members who did not previously enroll in the 12-month, Experian 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage, <u>may submit a claim</u> for two (2) years of 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage.

**This Notice may affect your rights.  Please read it carefully.**

| Your Legal Rights and Options | | Deadline |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get Settlement benefits for compensation for documented ordinary losses and/or compensation for documented extraordinary losses is to submit a Claim Form. | **February 21, 2023** |
| **OBTAIN IDENTITY THEFT PROTECTIONS** | If you previously claimed the 12-month Experian credit monitoring and identity theft protection services offered by Startek, you will be automatically provided with two (2) additional years of these services through Experian. You do <u>not</u> need to submit a Claim Form to receive this benefit.<br><br>If you did not previously enroll in the 12-month Experian credit monitoring and identity theft protection services offered by Startek, you may submit a claim for two (2) years of credit monitoring and identity theft protection services. You must submit a Claim Form to receive this benefit. | **February 21, 2023** |
| **EXCLUDE YOURSELF** | Get no Settlement benefits. Keep your right to file your own lawsuit against Startek about the legal claims in this case. | **January 23, 2023** |
| **OBJECT** | Tell the Court why you do not like the Settlement. You will still be bound by the Settlement if the Court approves it.<br><br>You may still file a Claim Form and receive Settlement benefits. | **January 23, 2023** |
| **DO NOTHING** | Get no Settlement benefits.<br>Be bound by the Settlement. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case must still decide whether to approve the Settlement and the requested attorneys' fees and expenses. No Settlement benefits or payments will be provided, unless the Court approves the Settlement, and it becomes final.

**Questions? Go to www.startekclassactionsettlement.com or call 1-888-200-7034**

2

BASIC INFORMATION ..............................................................................PAGE 4
    1.  Why is this Notice being provided?
    2.  What is this lawsuit about?
    3.  Why is the lawsuit a class action?
    4.  Why is there a Settlement?

WHO IS INCLUDED IN THE SETTLEMENT?..............................................PAGE 4
    5.  How do I know if I am part of the Settlement?
    6.  Are there exceptions to being included in the Settlement?
    7.  What if I am still not sure whether I am part of the Settlement?

THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY ...................PAGE 5
    8.  What does the Settlement provide?
    9.  Is there additional information available regarding reimbursement of Documented Ordinary Out-of-Pocket Expenses, Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product, Lost Time, and Documented Extraordinary Losses, and Credit Monitoring and Identity Theft Protection Services?
    10. What am I giving up to receive Settlement benefits or stay in the Settlement Class?
    11. What are the Released Claims?

HOW TO GET BENEFITS FROM THE SETTLEMENT....................................PAGE 7
    12. How do I make a claim for Settlement benefits?
    13. What happens if my contact information changes after I submit a claim?
    14. When will I receive my Settlement benefits?

THE LAWYERS REPRESENTING YOU.......................................................PAGE 8
    15. Do I have a lawyer in this case?
    16. How will Class Counsel be paid?

EXCLUDING YOURSELF FROM THE SETTLEMENT ....................................PAGE 8
    17. How do I get out of the Settlement?
    18. If I exclude myself, can I get anything from this Settlement?
    19. If I do not exclude myself, can I sue Startek for the same thing later?

OBJECTING TO THE SETTLEMENT .........................................................PAGE 9
    20. How do I tell the Court that I do not like the Settlement?
    21. What is the difference between objecting and asking to be excluded?

THE FINAL FAIRNESS HEARING ..........................................................PAGE 10
    22. When and where will the Court decide whether to approve the Settlement?
    23. Do I have to attend the Final Fairness Hearing?
    24. May I speak at the Final Fairness Hearing?

IF YOU DO NOTHING...........................................................................PAGE 11
    25. What happens if I do nothing at all?

GETTING MORE INFORMATION .............................................................PAGE 11
    26. How do I get more information?

**Questions? Go to www.startekclassactionsettlement.com or call 1-888-200-7034**

3

## BASIC INFORMATION

**1.   Why is this Notice being provided?**

The United States District Court, District of Colorado authorized this Notice because you have the right to know about the proposed Settlement of this class action lawsuit and about all of your rights and options before the Court decides whether to grant final approval to the Settlement. This Notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for the benefits, and how to get them.

Judge Regina M. Rodriguez is overseeing this class action. The case is known as *Hawkins et al. v. Startek*, Case No. 1:22-cv-00258-RMR-NRN (the "Litigation"). The people who filed this lawsuit are called the "Plaintiffs" or "Class Representatives" and the company they sued, Startek, Inc., is called "Startek" or the "Defendant."

**2.   What is this lawsuit about?**

Plaintiffs allege that on June 26, 2021, cybercriminals obtained unauthorized access to Startek's network and may have acquired the personally identifiable information ("PII") of Startek's current and former employees. This information may include names, dates of birth, and Social Security numbers.

Startek denies any wrongdoing, and no court or other entity has made any judgment or other determination of any wrongdoing, or that any law has been violated. Startek denies these and all other claims made in the Litigation. By entering the Settlement, Startek is not admitting any wrongdoing.

**3.   Why is the lawsuit a class action?**

In a class action, one or more people called Class Representatives sue on behalf of all people who have similar claims. Together all these people are called a Settlement Class or Settlement Class Members. One court resolves the issues for all Settlement Class Members, except for those Settlement Class Members who timely exclude themselves from the Settlement Class.

The proposed Class Representatives in this case are the Plaintiffs: Ryan Hawkins and Tamara Kirtley.

**4.   Why is there a Settlement?**

Plaintiffs and Startek do not agree about the claims made in this Litigation. The Litigation has not gone to trial, and the Court has not decided in favor of Plaintiffs or Startek. Instead, Plaintiffs and Startek have agreed to settle the Litigation. Plaintiffs and the attorneys for the Settlement Class ("Class Counsel") believe the Settlement is best for all Settlement Class Members because of the Settlement benefits and the risks and uncertainty associated with continued litigation and the nature of the defenses raised by Startek.

## WHO IS INCLUDED IN THE SETTLEMENT?

**5.   How do I know if I am part of the Settlement?**

You are a Settlement Class Member if you were one of the approximately 24,819 individuals who were mailed a notification that your PII may have been impacted in the Data Incident on June 26, 2021. If you were mailed a notification, you are a Settlement Class Member.

**Questions? Go to www.startekclassactionsettlement.com or call 1-888-200-7034**

**4**

| 6. | Are there exceptions to being included in the Settlement? |
|---|---|

Yes. Excluded from the Settlement Class are: (i) Startek, and its officers and directors; (ii) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (iii) Judge Regina M. Rodriguez and Magistrate Judge N. Reid Neureiter and his/her staff and family; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the criminal activity occurrence of the Data Incident or who pleads *nolo contendere* (a legal term that means, "I do not wish to contend") to any such charge.

| 7. | What if I am still not sure whether I am part of the Settlement? |
|---|---|

If you are still not sure whether you are a Settlement Class Member, you may go to the Settlement Website at www.startekclassactionsettlement.com or call the Claims Administrator's toll-free number at 1-888-200-7034.

## THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

| 8. | What does the Settlement provide? |
|---|---|

If you are a Settlement Class Member and you file a valid and timely Claim Form with the necessary supporting documentation, you may be eligible for reimbursement of the following reimbursable expenses:

### Compensation for Documented Ordinary Out-of-Pocket Expenses

Startek will provide compensation for documented ordinary out-of-pocket expenses that were incurred as a result of the Data Incident ("Docketed Ordinary Out-of-Pocket Expenses"), up to a total of $500 per person, for Settlement Class Members who submit a Claim Form and submit documentation of the unreimbursed losses supporting their claims. In submitting a Claim Form, a Settlement Class Member must affirm under the laws of the United States that information and documents submitted are true and correct.

### Compensation for Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product

Startek will provide compensation for documented fees for credit reports, credit monitoring, or other theft insurance product purchased between June 26, 2021 through and including the Claims Deadline of **February 21, 2023** incurred as a result of the Data Incident ("Documented Fees for Credit reports, Credit Monitoring, or Other Theft Insurance Product"), up to a total of $500 per person, for Settlement Class Members who submit a Claim Form and submit documentation of the unreimbursed losses supporting their claims. In submitting a Claim Form, a Settlement Class Member must affirm under the laws of the United States that information and documents submitted are true and correct.

### Compensation for Documented Lost Time

Startek will provide compensation for up to four (4) hours of lost time, at $15 per hour, if at least one (1) full hour was spent dealing with the Data Incident, up to a total of $500 per person ("Lost Time"). Settlement Class Members must provide an attestation that they spent the claimed time responding to issues raised by the Data Incident. Settlement Class Members must also provide a brief description of the activity/activities engaged in to address the Data Incident and an approximation of the time spent on each activity.

Claims made for Documented Ordinary Out-of-Pocket Expenses, Documented Fees for Credit reports, Credit Monitoring, or Other Theft Insurance Product, and Lost Time can be combined with each other and are subject to the same $500 cap for all Settlement Class Members.

**Compensation for Documented Extraordinary Losses**

Startek will provide up to $4,500 in compensation to each Settlement Class Member for documented extraordinary losses ("Documented Extraordinary Losses") if:

(1) The loss is an actual, documented, and unreimbursed monetary loss, with documented proof of loss to be submitted with the claim;

(2) The loss was more likely than not caused by the Data Incident;

(3) The loss occurred between June 26, 2021 through and including the end of Claims Deadline of **February 21, 2023**;

(4) The loss is not already covered by one or more of the reimbursement categories listed above; and the Settlement Class Member made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance.

**Credit Monitoring and Identity Theft Protection Services**

Settlement Class Members who previously claimed the 12-month, 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Experian, which was offered by Startek in connection with the Data Incident response, will be automatically provided two (2) years additional years of these services, <u>without the need to make a claim</u>.

Settlement Class Members who did not previously enroll in the 12-month, 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage, through Experian, which was offered by Startek in connection with the Data Incident response, <u>may submit a claim</u> for two (2) years of 1B credit monitoring and identity protection services, with $1 million in insurance coverage.

> 9.  Is there additional information available regarding reimbursement of Documented Ordinary Out-of-Pocket Expenses, Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product, Lost time, Documented Extraordinary Losses, and credit monitoring and identity theft protection services?

Yes. Settlement Class Members seeking reimbursement for Documented Ordinary Out-of-Pocket Expenses, Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product, Lost Time, Documented Extraordinary Losses, *and credit monitoring* and identity theft protection services (if they did not previously claim the Experian credit monitoring and identity theft insurance protection services offered by Startek in connection with its Data Incident response) must complete and submit a Claim Form to the Claims Administrator by **February 21, 2023**. Claim Forms can be submitted online at www.startekclassactionsettlement.com or by mail at Startek Claims Administrator, c/o Atticus Administration, PO Box 64053, St. Paul, MN 55164.  If by mail, the Claim Form must be postmarked by **February 21, 2023**.

> 10.  What am I giving up to receive Settlement benefits or stay in the Settlement Class?

Unless you exclude yourself, you are choosing to remain in the Settlement Class. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. You will not be able to sue, continue to sue, or be part of any other lawsuit against Startek and Released Parties about the legal issues in this Litigation that are released by this Settlement. The specific rights you are giving up are called "Released Claims."

**Questions? Go to www.startekclassactionsettlement.com or call 1-888-200-7034**

6

| 11.  What are the Released Claims? |
|---|

The Settlement Agreement in Section I, paragraph 1.20–1.21 and Section 6, paragraphs 6.1–6.3 describes the Release, Released Claims and the Released Parties in necessary legal terminology, so please read these sections carefully. The Settlement Agreement is available at www.startekclassactionsettlement.com or in the public court records on file in this lawsuit. For questions regarding Releases and what they mean, you can also contact one of the lawyers listed in Question 15 for free, or you can talk to your own lawyer at your own expense.

## HOW TO GET BENEFITS FROM THE SETTLEMENT

| 12.  How do I make a claim for Settlement benefits? |
|---|

To submit a claim for reimbursement for Documented Out-of-Pocket Expenses, Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product, Lost Time, and/or Documented Extraordinary Losses, you must submit a valid Claim Form.

Settlement Class Members who previously claimed the 12-month Experian 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage, offered by Startek in connection with the Data Incident response will automatically be provided two (2) additional years of these services **without the need to submit a claim**. Settlement Class Members who did not previously claim the Experian 1B credit monitoring and identity protection services offered by Startek in connection with the Data Incident response **may submit a claim** for two (2) years of 1B credit monitoring and identity theft protection services, with $1 million in insurance coverage.

Settlement Class Members seeking reimbursement under the Settlement must complete and submit a Claim Form to the Claims Administrator, postmarked or submitted online on or before **February 21, 2023.** Claim Forms may be submitted online at **www.startekclassactionsettlement.com** or printed from the website and mailed to the Claims Administrator at the address on the form. The quickest way to submit a claim is online. Claim Forms are also available by calling 1-888-200-7034 or by writing to:

Startek Claims Administrator
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164
Email: Starteksettlement@atticusadmin.com

| 13.  What happens if my contact information changes after I submit a claim? |
|---|

If you change your mailing address or email address after you submit a Claim Form, it is your responsibility to inform the Claims Administrator of your updated information. You may notify the Claims Administrator of any changes by calling 1-888-200-7034 or by writing to:

Startek Claims Administrator
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164
Email: Starteksettlement@atticusadmin.com

**14. When will I receive my Settlement benefits?**

If you make a Valid Claim, payment will be provided by the Claims Administrator after the Settlement is approved by the Court and becomes final.

It may take time for the Settlement to be approved and become final. Please be patient and check www.startekclassactionsettlement.com for updates.

## THE LAWYERS REPRESENTING YOU

**15. Do I have a lawyer in this case?**

Yes, the Court has appointed Attorneys Gary M. Klinger and David K. Lietz of the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC, 5335 Wisconsin Avenue NW. Suite 440, Washington, D.C. 20015, as Class Counsel to represent you and the Settlement Class for the purposes of this Settlement. You may hire your own lawyer at your own cost and expense if you want someone other than Class Counsel to represent you in this Litigation.

**16. How will Class Counsel be paid?**

Class Counsel will file a motion asking the Court to award them attorneys' fees and costs not to exceed $210,000 to be paid by Startek. They will also ask the Court to approve $2,500 service awards to each of the named Plaintiffs (totaling $5,000) for participating in this Litigation and for their efforts in achieving the Settlement. If awarded by the Court, Startek will pay fees, costs, expenses, and service awards directly. The Court may award less than these amounts.

Class Counsel's application for attorneys' fees, costs, expenses, and service awards will be made available on the Settlement Website at www.startekclassactionsettlement.com before the deadline for you to comment or object to the Settlement.

## OPTING-OUT FROM THE SETTLEMENT

If you are a Settlement Class Member and want to keep any right you may have to sue or continue to sue the Defendant on your own based on the claims raised in this Litigation or released by the Released Claims, then you must take steps to get out of the Settlement. This is called excluding yourself from – or "opting out" of – the Settlement.

**17. How do I get out of the Settlement?**

To opt-out of the Settlement, you must mail written notice of a request for exclusion. The written notice must be signed and clearly state that you wish to be excluded from the Settlement Class.

The exclusion request must be **postmarked** and sent to the Claims Administrator at the following address by **January 23, 2023**:

Startek Claims Administrator: Exclusions
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164

You cannot exclude yourself by telephone or by email.

**18.  If I opt-out can I still get anything from the Settlement?**

No. If you exclude yourself, you are telling the Court you do not want to be part of the Settlement. You can only get Settlement benefits if you stay in the Settlement and submit a valid Claim Form.

**19.  If I do not exclude myself, can I sue Startek for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue Startek and Released Parties for the claims this Settlement resolves relating to the Data Incident. You must exclude yourself from this Litigation to start or continue with your own lawsuit or be part of any other lawsuit against Startek or any of the Released Parties. If you have a pending lawsuit, speak to your lawyer in that case immediately.

## OBJECT TO THE SETTLEMENT

**20.  How do I tell the Court that I do not like the Settlement?**

If you are a Settlement Class Member, you can tell the Court you do not agree with all or any part of the Settlement or requested attorneys' fees, costs, and expenses. You can also give reasons why you think the Court should not approve the Settlement or attorneys' fees and expenses. To object, you must file timely written notice as provided below no later than **January 23, 2023**, stating you object to the Settlement in *Hawkins et al. v. Startek*, Case No. 1:22-cv-00258-RMR-NRN. The objection must also include all of the following additional information:

(1) Your full name, address, telephone number, and e-mail address (if any);
(2) Information identifying you as a Settlement Class Member, including proof that you are a member of the Settlement Class (e.g., copy of notice, copy of original notice of the Data Incident);
(3) A written statement of all grounds for the objection, accompanied by any legal support for the objection you believe applicable;
(4) A statement as to whether the objection applies only to you, to a specific subset of the class, or to the entire class
(5) The identity of any and all counsel representing you in connection with the objection;
(6) A statement as to whether you and/or your counsel will appear at the Final Fairness Hearing; and
(7) Your signature and the signature of your duly authorized attorney or other duly authorized representative (along with documentation setting forth such representation).

To be timely, written notice of an objection in the appropriate form containing the case name and docket number (*Hawkins et al. v. Startek*, Case No. 1:22-cv-00258-RMR-NRN) must be filed **by January 23, 2023** with the Clerk of the Court located at:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, Colorado 80294-3589


You must also concurrently serve your objection upon Class Counsel, David K. Lietz, Milberg Coleman Bryson Phillips Grossman, PLLC, 5335 Wisconsin Avenue NW. Suite 440, Washington, D.C. 20015 and counsel for Startek, Inc., Christopher H. Wood, Lewis Brisbois Bisgaard & Smith LLP, 1700 Lincoln Street, Suite 4000, Denver, CO 80203.

**Questions? Go to www.startekclassactionsettlement.com or call 1-888-200-7034**

Any Settlement Class Member who fails to comply with the requirements for objecting in Section IV of the Settlement Agreement shall waive and forfeit any and all rights he or she may have to appear separately and/or to object to the Settlement Agreement and shall be bound by all the terms of the Settlement Agreement and by all proceedings, orders and judgments in the Litigation.

| 21.  What is the difference between objecting and asking to be excluded? |
| --- |

Objecting is simply telling the Court you do not like something about the Settlement or requested attorneys' fees, costs, and expenses. You can object only if you stay in the Settlement Class (that is, do not exclude yourself). Requesting exclusion is telling the Court you do not want to be part of the Settlement Class or the Settlement. If you exclude yourself, you cannot object to the Settlement.

### THE FINAL FAIRNESS HEARING

| 22.   When and where will the Court decide whether to approve the Settlement? |
| --- |

The Court will hold a Final Fairness Hearing on **April 13, 2023, at 10:00 a.m.** before Judge Regina M. Rodriguez, Alfred A. Arraj United States Courthouse, 901 19th Street, Room A702, Denver, Colorado 80294-3589.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and decide whether to approve: the Settlement, Class Counsel's application for attorneys' fees, costs, and expenses, and the service awards to Plaintiffs. If there are objections, the Court will consider them. The Court will also listen to people who have asked to speak at the hearing.

<u>Note</u>: The date and time of the Final Fairness Hearing are subject to change. The Court may also decide to hold the hearing via Zoom or by phone. Any change will be posted at www.startekclassactionsettlement.com.

| 23.  Do I have to attend the Final Fairness Hearing? |
| --- |

No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to speak about it. As long as you file or mail your written objection on time the Court will consider it.

| 24.  May I speak at the Final Fairness Hearing? |
| --- |

Yes, as long as you do not exclude yourself, you can (but do not have to) participate and speak for yourself in this Litigation and Settlement. This is called making an appearance. You also can have your own lawyer speak for you, but you will have to pay for the lawyer yourself.

If you want to appear, or if you want your own lawyer instead of Class Counsel to speak for you in this Litigation, you must follow all of the procedures for objecting to the Settlement listed in Section 20 above – and specifically include a statement whether you and your counsel will appear at the Final Fairness Hearing.

## IF YOU DO NOTHING

| 25. What happens if I do nothing at all? |
| --- |

If you are a Settlement Class Member and you do nothing, you will not receive any Settlement benefits. You will give up rights explained in the "Excluding Yourself from the Settlement" section of this Notice, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Startek or any of the Released Parties about the legal issues in this Litigation that are released by the Settlement Agreement relating to the Data Incident.

## GETTING MORE INFORMATION

| 26. How do I get more information? |
| --- |

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at www.startekclassactionsettlement.com, by calling 1-888-200-7034 or by writing to:

Startek Claims Administrator
c/o Atticus Administration
PO Box 64053
St. Paul, MN 55164
Email: Starteksettlement@atticusadmin.com

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT'S CLERK OFFICE REGARDING THIS NOTICE.**

**Questions? Go to www.startekclassactionsettlement.com or call 1-888-200-7034**

11

# EXHIBIT D

STARTEK CLAIMS ADMINISTRATOR
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

CLASS MEMBER ID: «claimant_id»
CLAIM NUMBER: «claim_form_number»
DATE: «cure_letter_print_date»



Class Member ID: <<CLAIMANT ID>>    <<SEQ ID>>

<<FIRST NAME>> <<LAST NAME>>
<<ADDRESS 1>> <<ADDRESS 2>>
<<CITY>> <<STATE>> <<ZIP>>

## NOTICE OF DEFICIENT CLAIM FORM / OPPORTUNITY TO CORRECT

Dear <<first name>> <<last name>>:

Thank you for submitting your Claim Form in the *Kirtley v Startek, Inc.* class action settlement. You are receiving this letter because the Claim Form you submitted did not meet the requirements of a valid claim and the parties wish to provide you an opportunity to meet the requirements through a further submission. **You have until <<30 Days from the Date of This Letter>> to respond with the information necessary to correct the deficiency(s) specified in the next section of this letter. If you wish to submit corrective information either email it, mail it, or fax it to the recipient addresses identified at the bottom of this letter**.

LOST TIME HOURS NOT SELECTED
  <<The Claim Form you submitted did not include the number of hours you spent dealing with the Data Incident. You must attest that you spent the claimed time responding to issues raised by the Data Incident, and you must provide a brief description of the actions you took, and an approximate of the time spent on each action. Please update and return the enclosed Claim Form by the date indicated in this letter to validate your claim.>>

EXPLANATION TABLE INCOMPLETE FOR OUT-OF-POCKET EXPENSES
  <<The Claim Form you submitted did not include an explanation of your out-of-pocket expenses sufficient to determine if you are eligible for the compensation selected. Please complete the Claim Form as it applies to out-of-pocket expenses and return it by the date indicated in this letter. Please remember documentation supporting your compensation request is required for out-of-pocket expenses, except for time reimbursement for time spent dealing with the Data Security Incident. For more information, please refer to Section 2.1 in the Settlement Agreement.>>

EXPLANATION TABLE INCOMPLETE FOR EXRAORDINARY LOSSES
  <<The Claim Form you submitted did not include an explanation of your extraordinary losses sufficient to determine if you are eligible for the compensation selected. Please complete the Claim Form as it applies to extraordinary losses and return it by the date indicated in this letter. Please remember documentation supporting your compensation request is required for extraordinary losses. For more information, please refer to Section 2.1.4 in the Settlement Agreement.>>

CLAIM FORM NOT SIGNED
  <<The Claim Form you submitted was not signed. Please sign and return the enclosed Claim Form by the date indicated in this letter to validate your claim.>>

BENEFIT NOT SELECTED
  <<The Claim Form you submitted was blank and/or a benefit was not selected. If you believe you are eligible for compensation or other benefit offered in the Claim Form, complete the Claim Form in its entirety as it applies to the compensation or other benefit you wish to claim. Please remember documentation is required for some forms of compensation in the Claim Form. Your submission must be returned by the date indicated in this letter. >>

DOCUMENTATION INVALID OR NOT INCLUDED FOR OUT-OF-POCKET EXPENSES

>>The Claim Form you submitted requires supporting documentation for the out-of-pocket expenses you seek to claim. You either did not submit documentation or the documentation you provided is insufficient for the compensation selected. Please provide, by the date indicated in this letter, documentation, or further documentation sufficient to validate your claim. For more information, please refer to Section 2.1 in the Settlement Agreement.>>

DOCUMENTATION INVALID OR NOT INCLUDED FOR EXTRAORDINARY LOSSES

>>The Claim Form you submitted requires supporting documentation for the extraordinary losses you seek to claim. You either did not submit documentation or the documentation you provided is insufficient for the compensation selected. Please provide, by the date indicated in this letter, documentation, or further documentation sufficient to validate your claim. For further information, please refer to Section 2.1.4 in the Settlement Agreement.>>

Again, to be eligible for compensation or other benefit offered in the Claim Form, you must provide the information described above no later than **<<30 Days from the Date of Letter>>. Failure to respond to this deficiency notice and provide the requested information by <<30 Days from the Date of This Letter>> will result in the rejection of your claim and you will not be eligible to receive compensation or other benefit offered in the Claim Form.**

Please send your fully completed and signed Claim Form to the Claims Administrator's office:

BY EMAIL:        StartekSettlement@atticusadmin.com

BY FAX:          1-888-326-6411

BY MAIL:         Startek Claims Administrator
                 c/o Atticus Administration
                 PO Box 64053
                 St. Paul, MN 55164

For more information, please call toll-free 1-888-200-7034 or visit the settlement website at www.StartekSettlement.com.

Sincerely,

Office of the Claims Administrator

Claimant ID: «claimant_id»_CUR



## Startek Settlement Claim Form

### SETTLEMENT BENEFITS – WHAT YOU MAY GET

If you received notice from Startek, Inc. ("Startek") that your personally identifiable information ("PII") may have been compromised as a result of a data security incident that occurred on June 26, 2021 (the "Data Incident"), you are a Settlement Class Member and may submit a claim for Settlement benefits.

**The easiest way to submit a claim is online at www.startekclassactionsettlement.com**, or you can complete and mail this Claim Form to the mailing address above.

**You may submit a claim for one or more of these benefits**:

**Cash Reimbursement**. Use the Claim Form to request money for one or more of the following:

1. **Reimbursement for Money You Spent.** If you spent money because of the Data Incident, you may be reimbursed up to $500 for these expenses. These expenses include documented ordinary out-of-pocket expenses that were incurred as a result of the Data Incident and reimbursement for documented fees for credit reports, credit monitoring, or other identity theft insurance product purchased between June 26, 2021 through and including the end of the Claims Deadline of **February 21, 2023** incurred as a result of the Data Incident. You must submit documentation supporting your claim.

2. **Reimbursement for Lost Time.** You can be reimbursed for up to four (4) hours of lost time (at $15/hour) spent dealing with the Data Incident, if at least one (1) full hour of time was spent. You must attest that you spent the time responding to issues raised by the Data Incident and submit a brief description of the activity/activities engaged in to address the Data Incident and an approximation of the time spent on each activity. This benefit is subject to the same $500 cap on the above-referenced expenses.

3. **Extraordinary Losses.** You may also be eligible for reimbursement of up to $4,500 for actual, unreimbursed Extraordinary Losses.

**Credit Monitoring and Identity Theft Protection Services.** If you previously claimed the Experian one bureau ("1B") credit monitoring and identity theft protection services, with $1 million in insurance coverage, offered by Startek in connection with the Data Incident response, you will automatically be provided with two (2) additional years of these services and do <u>not</u> need to file a claim to receive this benefit. If you did not previously claim these services, you may submit a claim to receive two (2) years of 1B credit monitoring and identity theft protection services, with a minimum of $1,000,000 in insurance coverage.

**Claims must be submitted online or mailed by February 21, 2023. Use the address at the top of this form for mailed claims.**

*Please note: the claims administrator may contact you to request additional documents to process your claim.*

Claimant ID: «claimant_id»_CUR



For more information on the Settlement benefits, what documents you need to attach, how the Claims Administrator will decide whether to approve your payments, and for complete instructions visit: ***www.Startekclassactionsettlement.com.***

**Settlement benefits will be distributed only after the Settlement is approved by the Court.**

## Your Information

*We will use this information to contact you and process your claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by emailing* ***Starteksettlement@atticusadmin.com.***

| **1. NAME:** | First ☐☐☐☐☐☐☐☐☐  Middle Initial ☐  Last ☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| --- | --- |
| **2. MAILING ADDRESS:** | Street Address ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| | Apt. No. ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| | City ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| | State ☐☐ |
| | Zip ☐☐☐☐☐ - ☐☐☐☐ |
| **3. PHONE NUMBER:** | ☐☐☐ - ☐☐☐ - ☐☐☐☐ |
| **4. EMAIL ADDRESS:** | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| **5. UNIQUE ID:** (located on the Notice mailed to you) | ☐☐☐☐☐☐☐☐☐ |

Claimant ID: «claimant_id»_CUR



| Cash Payment: Documented Ordinary Out-of-Pocket Expenses |
|---|

You can receive reimbursement for up to $500 for documented ordinary out-of-pocket expenses incurred as a result of the Data Incident.

You must attach documents to your Claim Form which show what happened and how much you lost or spent, so that you can be repaid.

| Expense Types and Examples of Documents | Approximate Amount of Expense and Date | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching, and why it was incurred as a result of the Data Incident) |
|---|---|---|
| **Unreimbursed Bank Fees**<br>*Examples: Bank statements with fees, such as card reissuance, unreimbursed overdraft and late fees, circled.* | $<br><br>Date: | |
| **Long Distance Phone Charges**<br>*Example: Phone bills with charges circled.* | $<br><br>Date: | |
| **Cell Phone Charges (only if charged by the minute)**<br>*Example: Cell phone bills with charges circled.* | $<br><br>Date: | |
| **Data Charges (only if charged based on the amount of data used)**<br>*Examples: Cell phone and/or internet bills with charges circled.* | $<br><br>Date: | |

Claimant ID: «claimant_id»_CUR



| | | |
|---|---|---|
| | | _____<br>_____<br>_____ |
| Postage<br><br>*Example: Postage receipts with charges circled.* | $<br><br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |
| Gasoline for Local Travel<br><br>*Example: Gasoline receipts with charges circled.* | $<br><br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

## Cash Payment: Documented Fees for Credit Reports, Credit Monitoring, or Other Identity Theft Insurance Product

You can receive reimbursement for up to $500 for documented fees for credit reports, credit monitoring, or other identity theft insurance product purchased between June 26, 2021 through and including the end of the Claims Deadline of **February 21, 2023** incurred as a result of the Data Incident.

You must attach documents to your Claim Form which show what happened and how much you lost or spent, so that you can be repaid.

| Expense Types and Examples of Documents | Approximate Amount of Expense and Date | Description of Expense or Money Spent and Supporting Documents<br>(Identify what you are attaching, and why it was incurred as a result of the Data Incident) |
|---|---|---|
| Credit Reports | $ | _____ |

Claimant ID: «claimant_id»_CUR



| | | |
|---|---|---|
| *Example: Receipts or statements for credit reports ordered with charges circled.* | Date: | |
| Credit Monitoring Products<br><br>*Example: Receipts or statements for credit monitoring products purchased with charges circled.* | $<br><br>Date: | |
| Identity Theft Insurance Product<br><br>*Example: Receipts or statements for identity theft insurance products purchased with charges circled.* | $<br><br>Date: | |

## Cash Payment: Lost Time

You may receive reimbursement for up to four (4) hours of lost time spent dealing with the Data Incident, compensated at $15 per hour, if you spent at least one (1) full hour of time dealing with the Data Incident. You must attest that you spent the claimed time responding to issues raised by the Data Incident, and you must provide a brief description of the actions you took, and an approximation of the time spent on each action.

**State the number of hours that you spent incurred as a result of the Data Incident (up to four (4)):**

☐ **Hour(s)**

☐ **By checking this box, I attest that I spent the claimed time below responding to issues raised by the Data Incident.**

Claimant ID: «claimant_id»_CUR



| Explanation of Time Spent Responding to Issues Raised by the Data Incident (Identify what you did and why) | Approx. Date(s) (if known) | Number of Hours and Minutes |
|---|---|---|
| _____ _____ _____ _____ _____ _____ | | |

| Cash Payment: Documented Extraordinary Expenses |
|---|

You can receive reimbursement for up to $4,500 for documented extraordinary expenses incurred as a result of the Data Incident if: (1) The loss is an actual, documented, and unreimbursed monetary loss; (2) The loss was more likely than not caused by the Data Incident; (3) The loss occurred between June 26, 2021 through and including the end of the Claims Deadline of **February 21, 2023**; (4) The loss is not already covered by one or more of the above-referenced reimbursed expenses categories; and (5) You made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to, exhausting all available credit monitoring insurance and identity theft insurance.

| Expense Types and Examples of Documents | Approximate Amount of Expense and Date | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching, and why it was incurred as a result of the Data Incident) |
|---|---|---|
| For example, professional fees incurred to address identity theft or fraud, such as falsified tax returns, account fraud, and/or medical-identity theft | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____ |
| Other losses or costs resulting from identity theft or fraud (provide detailed description)<br><br>*Please provide a detailed description or a separate document submitted with this Claim Form.* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____ |

Claimant ID: «claimant_id»_CUR



| Credit Monitoring and Identity Theft Protection Services |
|---|

If you wish to receive two (2) years of 1B Credit Monitoring and Identity Theft Protection Services, please provide your email address in the space provided on page 2, check the box below, and return this Claim Form. Submitting this Claim Form will not activate these credit monitoring and identity theft protection services. To activate this benefit, you must follow the instructions which will be mailed or emailed to you after the Settlement becomes final.

☐   I did not previously claim the 12-month Experian 1B Credit Monitoring and Identity Theft Protection Services, with $1 million in insurance coverage, offered by Startek in connection with the Data Incident response, and I would like to receive two (2) years of 1B Credit Monitoring and Identity Theft Protection Services, with $1 million in insurance coverage. I have provided my email address on page 2. I understand I must activate this benefit using instructions which will be provided to me after the Settlement becomes final.

**Note:** If you previously claimed the 12-month 1B Experian Credit Monitoring and Identity Theft Protection Services, with $1 million in insurance coverage, offered by Startek in response to the Data Incident, you will be automatically provided two (2) additional years of these services and do <u>not</u> need to claim this benefit here.

| How You Would Like to Receive Your Cash Payment |
|---|

If you made a claim for a cash payment in this claim form, you could elect to receive your payment either by check or as a digital payment. Payments must be cashed within ninety (90) days.

Which do you prefer?

☐ Check mailed to me

☐ Digital payment elected online

Claimant ID: «claimant_id»_CUR



| Signature |
|---|
| I affirm under the laws of the United States that the information supplied in this Claim Form is true and correct to the best of my knowledge and belief and that any documents that I have submitted in support of my claim are true and correct copies of original documentation.<br><br>I understand that I may be asked to provide more information by the Claims Administrator before my claim is complete. |

| **Signature:** | **Dated:** |
|---|---|
| **Print Name:** | |

Claimant ID: «claimant_id»_CUR

