# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| RYAN HAWKINS and TAMARA KIRTLEY, individually and on behalf all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STARTEK, INC.<br><br>    Defendant. | **CASE NO. 1:22-cv-00258-RMR-NRN**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DAVID K. LIETZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, David Lietz, being competent to testify, make the following declaration:

1. I am currently a partner of the law firm Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg" or the "Firm"). I am appointed Class Counsel for the Settlement Class, and submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. The deadline for Settlement Class Members to object to the Settlement was January 23, 2023. As of this date, I have received zero objections to the Settlement Agreement, and no objections to the fee request.

3. The terms of this Settlement are comparable to those in two recent data breach class action settlements finally approved by Colorado courts – *Snyder et al. v. Urology Center of Colorado*, Case Number 2021CV33707 (2nd District Court, Denver County, Colorado), Final Approval Granted October 30, 2022, and *Hall et al. v. AspenPointe, Inc*. Consolidated Case No.

1

2020CV32175 (4th District Court, County of El Paso, Colorado), Final Approval Granted October 31, 2022.

4. The 1.8% combined claims rate (combining valid claims with the automatic credit monitoring extension) is commensurate with many other data breach settlements across the country, in cases that involve common funds and claims-made settlements. I attach a chart listing a representative sample of claims rates to this Declaration as Exhibit A.

\* \* \* \* \* \* \* \* \* \* \* \* \*

I declare under penalty of perjury of the laws of the State of Colorado and the United States that the foregoing is true and correct, and that this declaration was executed in Washington, DC on this 30th day of March, 2023.

/s/David K. Lietz
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

# EXHIBIT A

Gordon, et al. v. Chipotle Mexican Grill, Inc., No. 1:17-cv-01415 (D. Colo.), ECF 103 at 1 & ECF 124 at ¶ 13
10,000,000 6,354 < 0.1%

In re Target Corp. Customer Data Security Breach Litigation, MDL No. 14-2522 (D. Minn.), ECF 615 at ¶¶ 4, 14
97,447,983 225,856 0.2%

In re The Home Depot Inc. Customer Data Security Breach Litigation, No. 1:14-md[1]02583 (N.D. Ga.), ECF 181-1 at 25 & ECF
245-1 at ¶ 3
40,000,000 127,527 0.3%

Orr v. InterContinental Hotels Grp., PLC
U.S. District Court for the Northern District of Georgia (Final Approval Granted 9/2/2020)
0.65%

Corona v. Sony Pictures Entertainment, Inc., No. 2:14-cv-9600 (C.D. Cal.), ECF 145-1 at 11 n.8 & ECF 164 at 2
435,000 3,127 0.7%

In re LinkedIn User Privacy Litig., No. 12-cv-03088-EJD (N.D. Cal.), ECF 122 at 2 & ECF 145-2 at ¶ 12
6,400,000 47,336 0.7%

Fox v. Iowa Health Sys., U.S. District Court for the Western District of Wisconsin
Case No. 3:18-cv-00327-jdp,ECF No. 101 at page 10 and 12 (showing 1,420,337 postcards sent, and only 12,028 claims made—a .084% claims rate)
(Final Approval Granted 3/4/2021)    0.84%

In re: Capital One Consumer Data Breach Litigation
MDL No. 1:19md2915 (AJT/JFA)
Doc. 2251 (Memo in Support of Final Approval), page 1 (hundreds of thousands of claims)
Class of approximately 98 millions – claims rate = >1.0% on a $190 million common fund settlement

Perdue v. Hy-Vee, Inc., U.S. District Court for the Central District of Illinois Peoria Division (Final Approval Granted 7/21/2021)
"Counsel estimated that nearly 6,000 class members filed claims"
Perdue v. Hy-Vee, Inc., 550 F. Supp. 3d 572, 574 (C.D. Ill. 2021)
Class of approx.. 5.3 million = 1.32%

In re Banner Health Data Breach
Litigation, No. 2:16-cv-2696 (D. Ariz.),
ECF 170 at 1, and ECF 195-3 at ¶ 12
2,900,000 39,091 1.3%

In re Anthem, Inc. Data Breach Litig., No.
5:15-md-02617-LHK (N.D. Cal.), ECF
1007 at 4 & ECF 1007-6 at ¶ 2
79,200,000 1,380,000 1.7%

Powers v. Filters Fast,
Case No: 3:20-cv-00982-jdp (WD WI 07/01/22) ECF 73, p 12
323,00 class members; 5,584 claims = 1.72% (after 3 rounds of email notice)

Adlouni v. UCLA Health Systems
Auxiliary, et al., BC589243 (Cal. Super.
Ct.), Wolfson Decl. ¶ 56.
4,500,000 108,736 2.4%

In re Experian Data Breach Litigation, No.
8:15-cv-01592-JLS-DFM (C.D. Cal.), ECF
286-1 at 20 & ECF 309-3 at ¶ 8.
14,931,074 436,006 2.9%