IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 22-cv-00258-RMR-NRN

TAMARA KIRTLEY, and
RYAN HAWKINS, individually and on behalf of all other similarly situated,
    Plaintiffs,

v.

STARTEK, INC.,
    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on April 20, 2023 [ECF No. 53] it is

ORDERED that Plaintiff's Motion for Final Approval of the Class Action Settlement [ECF. 49] is GRANTED. It is

FURTHER ORDERED that judgment is entered dismissing this case with prejudice.

This case will be closed.

Dated at Denver, Colorado this 5th day of October, 2023.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ K. Myhaver
        K. Myhaver, Deputy Clerk